ACCEPTED
01-14-00684-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/6/2015 3:00:10 PM
CHRISTOPHER PRINE
CLERK

# IN THE
# FIRST COURT OF APPEALS
# OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/6/2015 3:00:10 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **In the Matter of** | § | **CASE NO. 01-14-00684-CV** |
| | § | |
| | § | |
| | § | On Appeal From Harris County |
| | § | Cause No. 201305802J |
| **M.I.S.** | § | 313th District Court |

## APPELLANT'S MOTION
## TO EXTEND TIME TO FILE APPELLATE BRIEF

Appellant, M.I.S., a juvenile, moves for an extension of time to file his appellate brief, under TEX. R. APP. P. 10.5(b).

### I.  TRIAL COURT PROCEEDINGS

On July 18, 2014, a judge sentenced M.I.S. to 10 years' confinement in the Texas Juvenile Justice Division after a jury found him guilty of aggravated robbery. Defendant filed notice of appeal on August 14, 2014. The record was completed on December 6, 2014.

### II.  PROCEEDINGS IN THIS COURT

The Appellant's brief was due January 5, 2015.  No previous extensions have been requested.

### III.

Since the record was completed, counsel has filed a brief in the case of *Joshua Adan Lopez v. State*, Cause No. 01-14-00637-CR, and has been working to complete a brief in *Reginald Hill v. State*, Cause No. 14-14-00376-CR and a petition for

discretionary review in *Michael Jermaine Williams v. State*, Cause No. 14-13-00827-CR. Counsel also has missed several days of work due to flu that she contracted over the Christmas holiday.

IV.

In the exercise of due diligence, then, counsel was unable to complete the brief for Appellant by the deadline, and needs an additional 30 days to file it. This motion is not filed for purposes of delay, but so that justice may be done.

PRAYER

Appellant respectfully requests that this motion be granted and that the Court permit an extension of time until February 5, 2015 to file Appellant's brief.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

*/s/ Cheri Duncan*

_____
**CHERI DUNCAN**
Assistant Public Defender
Harris County Texas
SBN 06210500
1201 Franklin, 13th Floor
Houston Texas 77002
(713) 368-0016
(713) 368-9278 (Fax)
cheri.duncan@pdo.hctx.net

Attorney for Appellant,
**M.I.S.**

## CERTIFICATE OF SERVICE

I certify that a copy of Appellant's Motion to Extend Time to File Appellate Brief was served electronically on the Appellate Division of the Harris County District Attorney's Office, 1201 Franklin St, 6th Floor, Houston, TX on January 6, 2015.

/s/ *Cheri Duncan*

**CHERI DUNCAN**